IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALTER J. BRZOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 15-CV-292-SMY |
| | ) |
| UNSETTLED LEGAL FEDERAL | ) |
| REMOVALS ISSUE, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This case has been closed since 2015. Nevertheless, Plaintiff Walter J. Brzowski now moves for "directed inquiry(s) upon a substantial unsettled issue of law" (Doc. 64). Plaintiff's motion is a collection of filings from what appears to be his state divorce proceedings, including an order of protection entered in the Circuit Court of Cook County, a remand following Plaintiff's attempt to remove his divorce case to the Northern District of Illinois, and a petition to the Illinois Supreme Court. As such, it is void of legal basis and frivolous.

Plaintiff was previously warned that his "attempts to challenge his state divorce proceedings in federal court are frivolous and improper" (Doc. 51, p. 3). Despite this warning, he filed the instant frivolous motion in this case. Going forward, should Plaintiff make additional filings in this matter, he will be subject to sanctions, up to and including monetary sanctions, filing restrictions, and/or a filing bar that would apply to *all* cases in this District. *Reed v. PF of Milwaukee Midtown, LLC*, 16 F.4th 1229, 1232 (7th Cir. 2021).

Accordingly, the Motion for Directed Inquiry(s) Upon a Substantial Unsettled Issue of Law (Doc. 64) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  April 18, 2023**

**STACI M. YANDLE**
**United States District Judge**